1  ELIZABETH A. BROWN (SB# 235429)
   lisabrown@gbgllp.com
2  AMANDA BOLLIGER CRESPO (SB# 250292)
   amandacrespo@gbgllp.com
3  GRUBE BROWN & GEIDT LLP
   601 Montgomery Street, Suite 1150
4  San Francisco, CA  94111
   Telephone:  (415) 603-5000
5  Facsimile:  (415) 840-7210

6  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.
7
   RYAN M. DAUGHERTY (SBN 279616)
8  LORI MAE DAUGHERTY (SBN 272223)
   DAUGHERTY & DAUGHERTY
9  P.O. BOX 19115
   Sacramento, CA 95819
10 Telephone:  (916) 905-8333
11 Facsimile:  (916) 483-6599
   ryan@thedaughertylawfirm.com
12 lori@thedaughertylawfirm.com

13 Attorneys for Plaintiff:
   GALLANT ERVIN
14

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

| GALLANT ERVIN,                                      | Case No. 2:16-CV-00274-WBS-AC |
|-----------------------------------------------------|-------------------------------|
| Plaintiff,                                          | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs.                                                 |                               |
| BIMBO BAKERIES USA, INC., and Does 1 through 10, inclusive, | Dept.:  5<br>Judge:  Hon. William B. Shubb |
| Defendants.                                         |                               |

The parties to this action, acting through counsel, hereby stipulate to the dismissal of this entire action with prejudice, each party to bear his/its own attorneys' fees, expenses and costs.

IT IS SO STIPULATED.

DATED: February 15, 2017        DAUGHERTY & DAUGHERTY


By: /s/ Lori M. Daugherty
        LORI MAE DAUGHERTY

Attorneys for Plaintiff
GALLANT ERVIN


DATED: February 15, 2017        GRUBE BROWN & GEIDT LLP


By  /s/ Elizabeth A. Brown
        ELIZABETH A. BROWN

Attorneys for Defendant
BIMBO BAKERIES USA, INC.


**ORDER**

The stipulation is approved.  The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  February 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE